UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. MURPHY,<br><br>                              Plaintiff,<br><br>          v.<br><br>CEBRIDGE ACQUISITION, LLC; CEQUEL III COMMUNICATIONS I, LLC; CEQUEL III COMMUNICATIONS II, LLC; and ALTICE USA,<br><br>                              Defendants. | Case No. 22-3418 (ENV) (PK)<br><br>Removed from the Supreme Court of the State of New York, County of Queens, Index No. 706236/2022<br><br>**STIPULATION FOR REMAND** |

## STIPULATION FOR REMAND

It is stipulated and agreed by the undersigned parties that the case should be remanded to the Supreme Court of the State of New York, County of Queens.

SO ORDERED:

_____
Hon. Eric N. Vitaliano
U.S. District Judge

Dated:  New York, NY
          August 19, 2022

<u>/s/ Archis A. Parasharami</u>
Archis A. Parasharami
Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1001
Tel.: (202) 263-3000
aparasharami@mayerbrown.com

*Counsel for Defendants*

*/s/          Talcott J. Franklin*
Franklin Scott Conway LLP °
Talcott J. Franklin °°
1629 K Street NW
Suite 300
Washington, D.C. 20006
Phone : (202) 688-3200
Fax : (800) 727-0659
Email: tal@fsc.legal


Charles R. "Rusty" Webb *
The Webb Law Centre, PLLC
716 Lee St. E.
Charleston, West Virginia 25301
Phone: (304) 344-9322
Fax: (304) 344-1157
Email: rusty@rustywebb.com

*Counsel for Plaintiff*

° A Washington, D.C. Limited Liability Partnership.
°° Licensed only in Maine, Michigan, North Carolina, South Carolina (inactive), and Texas. Admitted *pro hac vice*.
* Licensed only in West Virginia. Admitted *pro hac vice*.